1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  KATHRYN R. WATSON
   Special Assistant United States Attorney
4  California Bar No. 244142
       333 Market Street, Suite 1500
5      San Francisco, California 94105
       Telephone:  (415) 977-8928
6      Facsimile:  (415) 744-0134
       E-Mail:  Kathryn.Watson@ssa.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA

10                         FRESNO DIVISION

11

12  GRACIELA SALINAS,              )
                                   )   Case No. 1:10-CV-02095-AWI-DLB
13         Plaintiff,              )
                                   )   STIPULATION AND ORDER
14         v.                      )   TO EXTEND TIME
                                   )
15  MICHAEL J. ASTRUE,             )
    Commissioner of                )
16  Social Security,               )
                                   )
17         Defendant.              )
    _____)

18

19      The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's

20  Complaint (Doc. # 1) be extended from March 29, 2011 to April 19, 2011.  This is Defendant's first

21  request for an extension.  This extension was needed due to a clerical error.  Based on this stipulation to

22  extend, the briefing schedule would be adjusted accordingly and Plaintiff's confidential settlement offer

23  \\

24  \\

25  \\

26  \\

27  \\

28  \\

would be due on May 19, 2011.

Dated: April 25, 2011                 */s/ Sengthiene Bosavanh*
                                      (As authorized via email)
                                      SENGTHIENE BOSAVANH
                                      Attorney for Plaintiff

Dated: April 25, 2011                 Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                         By           */s/ Kathryn Watson*
                                      KATHRYN R. WATSON
                                      Special Assistant United States Attorney

                                      Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **April 26, 2011**                **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE