Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| Graciela Salinas, | ) | CASE NO. 1:10-CV-02095-AWI-DLB |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | STIPULATION AND ORDER |
| | ) | FOR SECOND EXTENSION OF TIME TO |
| Commissioner of Social Security | ) | SUBMIT PLAINTIFF'S CONFIDENTIAL |
|     Defendant. | ) | BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a

second-time 30-day extension of time to submit a confidential brief. The extension is

requested due to Plaintiff's attorney's workload demands and the number and complexity of

the issues in this case. The current due date for Plaintiff's Confidential Brief is May 19, 2011.

The new due date will be June 20, 2011.  The scheduling order should be modified

accordingly.

Dated: May 19, 2011                    /s/ Sengthiene Bosavanh

                                       SENGTHIENE BOSAVANH, ESQ.
                                       Attorney for Plaintiff

Dated: May 19, 2011                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       By: /s/Lynn Harada for Kathryn Reeves Watson
                                       (as authorized via e-mail)
                                       LYNN HARADA FOR KATHRYN REEVES
                                       WATSON
                                       Special Assistant United States Attorney

IT IS SO ORDERED.

**Dated:   May 20, 2011**          _____/s/ Dennis L. Beck_____
                                       UNITED STATES MAGISTRATE JUDGE