1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  KATHRYN R. WATSON
   Special Assistant United States Attorney
4  California Bar No. 244142
       333 Market Street, Suite 1500
5      San Francisco, California 94105
       Telephone: (415) 977-8928
6      Facsimile: (415) 744-0134
       E-Mail: Kathryn.Watson@ssa.gov
7
   Attorneys for Defendant
8
                UNITED STATES DISTRICT COURT
9               EASTERN DISTRICT OF CALIFORNIA

10                    FRESNO DIVISION

11

12 GRACIELA SALINAS,            )
                                ) Case No. 1:10cv02095 AWI DLB
13        Plaintiff,            )
                                ) STIPULATION AND ORDER
14        v.                    ) TO EXTEND TIME
                                )
15 MICHAEL J. ASTRUE,           )
   Commissioner of              )
16 Social Security,             )
                                )
17        Defendant.            )
   _____)

18

19   The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's

20 Motion for Summary Judgment (Doc. No. 20) be extended 45-days from September 23, 2011, to

21 November 7, 2011. This is Defendant's first request to extend the briefing schedule.

22 \\

23 \\

24 \\

25 \\

26 \\

27 \\

28 \\

Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: September 21, 2011      */s/ Sengthiene Bosavanh*
(As authorized via email)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Dated: September 21, 2011      Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By      */s/ Kathryn Watson*
KATHRYN R. WATSON
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated:   **September 22, 2011**              **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE