BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
KATHRYN R. WATSON
Special Assistant United States Attorney
California Bar No. 244142
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail:  Kathryn.Watson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GRACIELA SALINAS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | Case No. 1:10cv02095 AWI DLB<br><br>STIPULATION AND ORDER<br>TO EXTEND TIME |

The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Motion for Summary Judgment (Doc. No. 20) be extended 45-days from September 23, 2011, to November 7, 2011.  This is Defendant's first request to extend the briefing schedule.

\\

\\

\\

\\

\\

\\

\\

Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: September 21, 2011

*/s/ Sengthiene Bosavanh*
(As authorized via email)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Dated: September 21, 2011              Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By   */s/ Kathryn Watson*
KATHRYN R. WATSON
Special Assistant United States Attorney

IT IS SO ORDERED.

**Dated:   September 22, 2011**              */s/ Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE