BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
KATHRYN R. WATSON
Special Assistant United States Attorney

160 Spear Street, Suite 800
San Francisco, California 94105
Telephone:  (415) 977-8928
Facsimile:  (415) 744-0134
E-Mail: Kathryn.Watson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| GRACIELA SALINAS,<br><br>           Plaintiff,<br><br>                v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>           Defendant. | CIVIL NO. 1:10-CV-02095-AWI-DLB<br><br>STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of five thousand five hundred dollars and no cents ($5,500.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

   After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees, expenses are subject to any offset allowed under the United States Department of the Treasury's

Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees, expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Sengthiene Bosavanh, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees, expenses, and costs in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: April 26, 2012         */s/ Sengthiene Bosavanh*
                              (As authorized via email on 4/26/12)
                              SENGTHIENE BOSAVANH
                              Attorney for Plaintiff

Dated: April 26, 2012         BENJAMIN B. WAGNER
                              United States Attorney
                              DONNA L. CALVERT
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                              */s/ Kathryn R. Watson*
                              KATHRYN R. WATSON
                              Special Assistant United States Attorney
                              Social Security Administration

**ORDER**

**IT IS SO ORDERED** that fees and expenses in the amount of $5,500.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **April 27, 2012**                       /s/ **Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE